TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00733-CV

Abraham Ojeda Saucedo, Appellant

v.

Mario Perez, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 96-14245, HONORABLE F. SCOTT McCOWN, JUDGE PRESIDING

PER CURIAM

 Appellant Abraham Ojeda Saucedo has filed a motion to dismiss this appeal. We
grant the motion and dismiss this appeal.

Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: January 23, 1998

Do Not Publish